# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:21-cv-00138-MR

| | |
|---|---|
| **HEATHER JACKSON,** ) ) Plaintiff, ) ) vs. ) ) **INGLES MARKETS INC. EMPLOYEE** ) **BENEFITS PLAN,** ) ) Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney W. Kyle Dillard as counsel *pro hac vice*. [Doc. 12]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 12] is **ALLOWED**, and W. Kyle Dillard is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of Court.

**IT IS SO ORDERED.**

Signed: February 21, 2022

Martin Reidinger
Chief United States District Judge